**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**JOHN L. MCCARTY, ANA MCCARTY,
ALEJANDRO AGRAZ,**

        **Plaintiffs,**

-vs-                                                    Case No. 6:06-cv-1444-Orl-19JGG

**LEDAN GORDON MCCARTY, ROBERT
GRGURIC, DOES 1-76, 18TH JUDICIAL
CIRCUIT COURT OF FLORIDA, TONYA
RAINWATER, JAMES ZINGALE,**

        **Defendants.**
_____

## ORDER

This case comes before the Court on the following:

1. Plaintiff John L. McCarty's Motions To Add A Defendant, To Proceed With Discovery Of Robert Grguric, For More Time To Present A Sixth Amended Complaint, To Allow the Sixth Amended Complaint To Be 28 Pages, To Compel Discovery Of The Address Of LaDan Gordon McCarty, And To Be Allowed To Use Electronic Processing (Doc. No. 42, filed Oct. 18, 2007); and

2. Defendant Robert Grguric's Stipulation Regarding Filing of A Sixth Amended Complaint And To Stay Discovery (Doc. No. 44, filed Nov. 6, 2007).

Defendant Robert Grguric has filed a "Stipulation," also signed by Plaintiff John L. McCarty, that states: (1) "The Plaintiff(s) shall have until November 12, 2007 to file the Sixth Amended Complaint in the instant matter" and (2) "That all discovery in the instant matter will be stayed by agreement of the parties until such time as the Court may find that Plaintiff(s) state(s) a claim/claims

upon which relief may be granted." (Doc. No. 44 at p. 1.) The authority to grant an enlargement of time to meet Court-ordered deadlines rests exclusively with the Court. Fed. R. Civ. P. 6(b). Therefore, the Court construes this "Stipulation" as an unopposed Motion by Defendant Grguric requesting the matters to which the parties stipulated.

Both Plaintiff and Defendant move the Court to grant an extension of time for Plaintiff to file an Amended Complaint. (Doc. No. 42 at p. 2, ¶ 3; Doc. No. 44 at p. 1, ¶ 1.) The Court **GRANTS** the parties' Motions for an extension of time until November 12, 2007 for Plaintiff to file a Sixth Amended Complaint.

Defendant has filed an unopposed Motion to stay discovery until such a time as the Court may find that Plaintiff(s) state(s) a claim upon which relief may be granted. (Doc. No. 44 at p. 1, ¶ 2.) The Court **GRANTS** Defendant's unopposed Motion to stay discovery until, upon Motion of either party, the Court may find that Plaintiff(s) state(s) a claim upon which relief may be granted.

In signing Defendant's "Stipulation," Plaintiff has abandoned his previous Motions to proceed with and compel discovery. (Doc. No. 44.) Therefore, the Court **DENIES** Plaintiff's Motions to "start discovery" and to "order . . . Defendant Grguric to submit [the] address of LaDan Gordon McCarty." (Doc. No. 42 at pp. 1-2, ¶¶ 2, 5.)

The Court has already granted Plaintiff leave to amend his Complaint. (Doc. No. 38, filed Oct. 2, 2007.) Plaintiff does not need any further leave from this Court to add a Defendant. Furthermore, there is no rule limiting the number of pages permitted in a complaint. Accordingly, the Court **DENIES AS MOOT** Plaintiff's Motions "for leave to add a party" and "to allow [the] Sixth Amended Complaint to be 28-pages." (Doc. No. 42 at pp. 1-2, ¶¶ 1, 4.)

Plaintiff's remaining Motion is to "be allowed to use electronic processing." (*Id.* at p. 2, ¶ 6.) The Court **DENIES** this Motion. Plaintiff may move the Court to reconsider its decision regarding access to electronic processing after Plaintiff has stated a claim for which relief may be granted.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on November 6, 2007.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Party